364

POLAROID CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 20, 1973.*

POLAROID CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-304 ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉)

FRANK CANKAR, JR., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed June 20, 1973.*

FRANK CANKAR, JR., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.